1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   BRYAN D. PATTERSON,                    )  Case No.: 1:20-cv-00751-DAD-SAB (PC)
                                            )
12              Plaintiff,                  )
                                            )  ORDER DIRECTING PLAINTIFF TO PROVIDE
13        v.                                )  ADDITIONAL INFORMATION REGARDING
                                            )  IDENTITY OF DEFENDANT JOHN DOE,
14   MAURICE HOWARD, et al.,                )  SERGEANT IN ORDER TO EFFECTUATE
                                            )  SERVICE OF THE SUMMONS AND
15              Defendants.                 )  COMPLAINT
                                            )
16                                          )  (ECF No.  15)
                                            )
17   _____    )

18        Plaintiff Bryan D. Patterson is proceeding *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20        On September 22, 2020, the Court found that service of Plaintiff's complaint was appropriate

21   as to Defendants Maurice Howard and John Doe, Jewish Rabbi at Kern Valley State Prison, and

22   service was directed pursuant to the Court's E-Service pilot program for civil rights cases in the

23   Eastern District of California.  (ECF No. 12.)

24        On October 16, 2020, the California Department of Corrections and Rehabilitation returned a

25   notice of intent to not waive personal service on Defendant John Doe, Jewish Rabbi at Kern Valley

26   State Prison, noting that Kern Valley State Prison has not had a Jewish Rabbi for several years now.

27   (ECF No. 15.)

28   ///

                                            1

1      Thus, at this time, the Court cannot order service by the United States Marshal because the

2   John Doe's identity is unknown.  Therefore, Plaintiff will be granted the opportunity to provide

3   additional information regarding the identity of the John Doe identified in the complaint.

4      Accordingly, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service

5   of this order, Plaintiff shall provide additional information regarding the identity of the John Doe, in

6   available, in order to effectuate service of the summons and complaint prior to discovery.

7

8   IT IS SO ORDERED.

9   Dated:   __**October 27, 2020**__                  _____

10                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2